United States District Court
Southern District of Texas
**ENTERED**
February 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| RACHEL MALDONADO MADRID ) | |
| ) | CIVIL ACTION NUMBER |
| VS. ) | |
| ) | M-23-0239 |
| R.G.V. LOANS LIMITED LIABILITY ) | |
| COMPANY ) | |

ORDER EXTENDING TIME
FOR COMPLETION OF DISCOVERY

Parties' Joint Motion to Extend Deadline to Complete Discovery which the Court will consider as a motion to extend the discovery deadlines, having been presented to the Court, the Court is of the opinion that said motion should be granted to the extent stated below.

It is, therefore, ORDERED, ADJUDGED and DECREED that the time for completion of discovery in this case is extended until April 1, 2024.

The pretrial conference previously scheduled for March 6, 2024, is reset to May 6, 2024, at 2:30 p.m., before this Court in the Eleventh Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas. Counsel shall submit a proposed Joint Pretrial Order following the format prescribed by the Local Rules of the United States District Court for the Southern District of Texas, on or before April 29, 2024.

1

The deadline for filing of motions is extended to April 11, 2024.

Except for the above, Rule 16 F.R.C.P. Scheduling Order in this case dated October 4, 2023, remains fully in effect.

The Clerk shall send a copy of this order to counsel for the parties.

DONE on this 2ND day of February, 2024, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE