United States District Court
Southern District of Texas

**ENTERED**
April 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| RACHEL MALDONADO MADRID | § | |
| versus | § | CIVIL ACTION No. 7:23-CV-239 |
| R.G.V. LOANS LIMITED LIABILITY COMPANY | § | |
| | § | |

## ORDER STRIKING DOCUMENT

The Clerk has noted the filing of your <u>PLAINTIFF'S MOTION TO APPEAR REMOTELY FOR PRETRIAL CONFERENCE (D.E. 18)</u>; however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ☐ Document is not signed (L.R. 11.3).
2. ☐ Document does not comply with (L.R.11.3.A).
3. ☐ Caption of the document is incomplete (L.R.10.1).
4. ☐ No certificate of service or explanation why service is not required (L.R. 5.3).
5. ☒ Motion does not comply with L.R.7
   - a. ☒ No statement of opposition or non-opposition (L.R. 7.1.D(2)).
   - b. ☒ No statement of conference between all counsel (L.R.7.1.D(1)).
   - c. ☒ No separate proposed order attached (L.R. 7.1.C).
6. ☐ Motion to consolidate does not comply with (L.R.7.6).
7. ☐ Other:

The document is stricken from the record.

Date: 4/18/24

*/s/ Ricardo H. Hinojosa*
RICARDO H. HINOJOSA
U.S. DISTRICT JUDGE